

# DEREK SMITH LAW GROUP, PLLC

Employment Lawyers Representing Employees Exclusively

January 18, 2021

**Via ECF**
Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 19 2021

SO ORDERED

The initial conference is adjourned from January 19, 2021 to March 30, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re:   *Ivorie v. RED ROOSTER HARLEM LLC. et al.*
      Case No: 1:20-cv-06924

Dear Judge Daniels:

    This firm represents the Plaintiff in the above-referenced matter. I write pursuant to Your Honor's Individual Practice Rules to respectfully request an adjournment of the January 19, 2021, initial conference. The corporate Defendant has been served, as well as individual Defendants Angela Desimone and Therese Granlud, but these Defendants have not yet responded to the Complaint. Bryn Goodman from Fox Rothschild LLP, counsel for Defendants Red Rooster, Desimone, and Granlud, consents to this request.

    In light of the above, Plaintiff respectfully requests an adjournment of the January 19, 2021, conference to a later date at the court's convenience.

    I thank the Court for its time and attention to this matter.

                                Respectfully submitted,
                                /s/ Ishan Dave
                              **DEREK SMITH LAW GROUP, PLLC**
                              ISHAN DAVE
                              *Ishan@dereksmithlaw.com*
                              1 Penn Plaza, Suite 4905
                              New York, New York 10119
                              Phone: (212) 587-0760

CC: All Counsel of Record (Via ECF)

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com