UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

IVORIE CLARE,

                         Plaintiff,

     -against-

RED ROOSTER HARLEM LLC et al.,

                         Defendants.

------------------------------------ x

ORDER

20 Civ. 6924 (GBD)

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: MAR 2 3 2021*

GEORGE B. DANIELS, District Judge:

    Defendants' motion to stay this lawsuit pending the outcome of compulsory arbitration pursuant to sections 3 and 4 of the Federal Arbitration Act, (ECF No. 37), is GRANTED. Defendants' motion for attorneys' fees and costs is DENIED without prejudice to renew at, or after, arbitration.

    The Clerk of Court is directed to close the motion and this case.

Dated: March 23, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE