**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

IVORIE CLARE,

                Plaintiff,                      20 **CIVIL** 6924 (GBD)

        -against-                               **JUDGMENT**

RED ROOSTER HARLEM LLC, et al.,

                Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 23, 2021, Defendants' motion to stay this lawsuit pending the outcome of compulsory arbitration pursuant to sections 3 and 4 of the Federal Arbitration Act, (ECF No. 37) is granted; Defendants' motion for attorneys' fees and costs is denied without prejudice to renew at, or after arbitration; accordingly, the case is closed.

**Dated**: New York, New York
        March 24, 2021

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                     **Clerk of Court**
                                    BY: _____
                                                        **Deputy Clerk**